Appeal from Circuit Court, Shelby County; E. S. Lyman, Judge. Violating prohibition laws. See, also, ante, p. 659, 106 So. 913.

RICE, J. Appeal dismissed.

---

(108 So. 921)

R. L. BEASLEY v. STATE. (8 Div. 386.) (Court of Appeals of Alabama. May 18, 1926.) Appeal from Circuit Court, Colbert County; C. P. Almon, Judge. Nathan, Nathan & Nathan, of Sheffield, for appellant. Harwell G. Davis, Atty. Gen., and Chas. H. Brown, Asst. Atty. Gen., for the State.

BRICKEN, P. J. Here is an appeal from a judgment of conviction for the offense of unlawfully possessing a still, etc. The entire record and all the evidence in this case has been read and considered by this court sitting in banc. Our conclusion is that the conviction of this appellant upon this evidence was unwarranted and erroneous. This case is not unlike that of Guin v. State, 19 Ala. App. 67, 94 So. 788, to which we are cited. The state failed to meet the required burden of proof, and the court committed reversible error in refusing to defendant the general affirmative charge. Reversed and remanded.

---

(106 So. 914)

Ex parte Nellie BEAVERS, pro ami. (6 Div. 870.) (Court of Appeals of Alabama. Dec. 8, 1925.) Original petition for habeas corpus to the Alabama State Training School for Girls. C. B. Powell, of Birmingham, for petitioner.

BRICKEN, P. J. It appears from the proceedings before us that Nellie Beavers is now confined in the State Training School for Girls, and has been so confined there since October 6, 1924, and that such confinement is without her consent and against her will. It is insisted here, by petition for habeas corpus, that such confinement is illegal, and that her restraint is without authority of law. This court, as a whole, has considered the questions presented by the record. The opinion prevails that the insistences of petitioner are meritorious, and that the prayer in the petition should be granted. The proceedings under which petitioner is being held are functus. It is therefore ordered that the said petitioner, Nellie Beavers, be henceforth discharged from the custody complained of, the prayer of the petition being in all things granted. Writ granted. Petitioner discharged.

---

(110 So. 917)

Clifford BEDSOLE v. STATE. (4 Div. 219.) (Court of Appeals of Alabama. Nov. 9, 1926.) Appeal from Circuit Court, Coffee County; W. L. Parks, Judge. Violating prohibition law.

BRICKEN, P. J. Appeal dismissed.

---

(106 So. 914)

Barney BELL v. STATE. (4 Div. 83.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Crenshaw County; Arthur E. Gamble, Judge. Distilling.

SAMFORD, J. Appeal dismissed.

---

(106 So. 914)

Lige BELL v. STATE. (4 Div. 30.) (Court of Appeals of Alabama. Nov. 24, 1925.) Appeal from Circuit Court, Coffee County; W. L. Parks, Judge. Distilling.

RICE, J. Affirmed.

---

(109 So. 923)

Louis BELL v. STATE. (8 Div. 409.) (Court of Appeals of Alabama. June 15, 1926. Rehearing Denied June 29, 1926.) Appeal from Circuit Court, Jackson County. W. W. Haralson, Judge. O. M. Raines, of Scottsboro, for appellant. Harwell G. Davis, Atty. Gen., and Thos. E. Knight, Jr., Asst. Atty. Gen., for the State. Certiorari denied by Supreme Court in Bell v. State, 109 So. 921.

BRICKEN, P. J. By a general verdict of guilty as charged in the indictment the defendant was convicted and duly sentenced. The indictment contained two counts, distilling prohibited liquors, and possessing a still, etc., to be used for that purpose. The evidence was in conflict. It was amply sufficient to warrant the jury in returning a verdict of conviction, and to sustain the judgment pronounced and entered. The evidence also tended to show the flight of defendant; this, with his explanations and denials, were questions of fact for the jury. It so clearly appears that there was no error in any of the rulings of the court upon the trial of this case we refrain from a discussion of the points involved upon this appeal. The judgment of conviction from which this appeal was taken is affirmed. Affirmed.

---

(110 So. 917)

John BELL v. STATE. (6 Div. 74.) (Court of Appeals of Alabama. Dec. 7, 1926.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge.

SAMFORD, J. Affirmed.

---

(106 So. 914)

Titus BENNETT v. STATE. (4 Div. 145.) (Court of Appeals of Alabama. Nov. 10, 1925.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Distilling.

RICE, J. Appeal dismissed.

---

(110 So. 917)

Paul T. BENSON v. STATE. (1 Div. 704.) (Court of Appeals of Alabama. Nov. 16, 1926.) Appeal from Circuit Court, Baldwin County; John D. Leigh, Judge. Malicious injury to animal.

RICE, J. Appeal dismissed.